# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melizza Weaver, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Palm Royale Collective, Inc.,<br><br>Defendant. | CASE NO. 5:20-CV-01284-CBM-SHKx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)  [JS-6]** |

Based upon the Parties' Stipulation to Dismiss the Action, and good cause, this Court hereby orders this action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: APRIL 20, 2021

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

ORDER                                   1